THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROMANO ANTICHI, Appellant.*— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SADIE WALLACK, Appellant, Respondent, v. HAROLD WALLACK, Respondent, Appellant.— Judgment and order so far as appealed from affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of WILLIAM R. WITTENBERG, Respondent, v. SIDNEY J. ABELSON, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

POLYGRAPHIC COMPANY OF AMERICA, INC., Respondent, v. NATIONAL PROCESS Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Respondent, v. JOSEPH S. BRANDSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Respondent, v. JOSEPH S. BRANDSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY PALMER, Appellant.— Judgment reversed and a new trial ordered, on the ground that the verdict was against the weight of the evidence. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DAVID L. MOSS & Co., INC., Respondent, v. SAMUEL KADNER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

M. MITCHELL GRUHN and Others, Respondents, v. CHARLES D. ROBBINS and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOSEF KUBLBACK, Respondent, v. KATE JOHANNES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MORRIS FRANK and Another, Respondents, v. HENORA BUILDING CORPORATION and ISIDORE MEHLMAN, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HENRY W. FARNUM and Others, Respondents, v. NANCY HART, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GIFFORD PINCHOT and Others, Respondents, v. MANUFACTURERS BUILDING COMPANY, Appellant, Impleaded with CITY BANK FARMERS TRUST COMPANY, Defendant, and DETMER, BRUNER & MASON, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of MORTIMER ELLIOTT for a Mandamus Order

*Affd., 257 N. Y. 571.